| | |
|---|---|
| 1 | JEFF S. WESTERMAN (SBN 94559) |
| 2 | E-mail: jwesterman@jswlegal.com |
|   | WESTERMAN LAW CORP |
| 3 | 1900 Avenue of the Stars, 11th Floor |
| 4 | Los Angeles, California 90067 |
|   | Telephone: (310) 698-7880 |
| 5 | Facsimile: (310) 775-9777 |
| 6 | *Attorneys for William T. Hampton* |
| 7 | [Additional counsel on signature page] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM T. HAMPTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, E. PHILIP CANNON, J. MICHAEL HAGAN, BRENT R. HARRIS, DOUGLAS M. HODGE, RONALD C. PARKER, VERN O. CURTIS, WILLIAM J. POPEJOY,<br><br>Defendants. | No. 8:15-CV-00131-CJC-JCG<br><br>Hon. Cormac J. Carney<br><br>**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 302 REPRESENTATION STATEMENT** |

Notice is hereby given that plaintiff William T. Hampton in the above-captioned case, on behalf of himself and all others similarly situated ("Plaintiff"), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the November 2, 2015 Order "Granting Defendants' MOTION to Dismiss" (ECF. No. 73) (the "Order"). The Order dismissed Plaintiff's First Amended Complaint (ECF. No. 21) without leave to amend.

Dated: November 24, 2015

Respectfully submitted,

**WESTERMAN LAW CORP**

Jeff S. Westerman (SBN 94559)
E-mail: jwesterman@jswlegal.com
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 698-7880
Facsimile: (310) 775-9777

**LEVI & KORSINSKY LLP**
Eduard Korsinsky
Christopher J. Kupka
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

Nicholas I. Porritt
Adam M. Apton
Adam C. McCall
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

*Attorneys for William T. Hampton and Lead Counsel for Class*

**NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

Plaintiff in this action, William T. Hampton, on behalf of himself and all others similarly situated, is represented by the following counsel:

**LEVI & KORSINSKY LLP**
Eduard Korsinsky
Christopher J. Kupka
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

Nicholas I. Porritt
Adam M. Apton
Adam C. McCall
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

**WESTERMAN LAW CORP**
Jeff S. Westerman (SBN 94559)
E-mail: jwesterman@jswlegal.com
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 698-7880
Facsimile: (310) 775-9777

*Attorneys for William T. Hampton*
*and Lead Counsel for Class*

Defendants in this action are represented by:

**DECHERT LLP**
Matthew L. Larrabee, Esq. (SBN 97147)
matthew.larrabee@dechert.com
Joshua D. N. Hess, Esq. (SBN 244115)
joshua.hess@dechert.com
633 West 5th Street, 37th Floor
Los Angeles, CA 90071
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

David A. Kotler, Esq. (*Admitted Pro Hac Vice*)
david.kotler@dechert.com
Suite 500
902 Carnegie Center
Princeton, NJ 08540
Telephone: (609) 955-3226
Facsimile: (609) 955-3259

*Attorneys for Defendants PIMCO Funds, E. Philip Cannon, J. Michael Hagan, Ronald C. Parker, and Vern O. Curtis*

**LAW OFFICE OF FRANK D. RORIE JR.**
Frank D. Rorie Jr.
8335 Sunset Boulevard, Suite 303
West Hollywood, CA 90069

**ROPES & GRAY LLP**
John D. Donovan, Esq. (pro hac vice)
Robert A. Skinner, Esq. (pro hac vice)
Amy D. Roy, Esq. (pro hac vice)
Prudential Tower, 800 Boylston Street
Boston, MA 02199

John C. Ertman, Esq. (pro hac vice)
1211 Avenue of the Americas
New York, NY 10036

*Attorneys for Defendant Pacific Investment Management Company LLC, Brent R. Harris, and Douglas M. Hodge*

**BROWN RUDNICK LLP**
Ronald Rus, Esq.
Randall A. Smith, Esq.
Leo J. Presiado, Esq.
2211 Michelson Drive, 7th Floor
Irvine, CA 92612

*Attorneys for Defendant William J. Popejoy*

Dated: November 24, 2015

Respectfully submitted,

**WESTERMAN LAW CORP**

_____
Jeff S. Westerman (SBN 94559)
E-mail: jwesterman@jswlegal.com
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 698-7880
Facsimile: (310) 775-9777

**LEVI & KORSINSKY LLP**
Eduard Korsinsky
Christopher J. Kupka
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

Nicholas I. Porritt
Adam M. Apton
Adam C. McCall
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290

| | |
|---|---|
| 1 | Fax: (202) 333-2121 |
| 2 | |
| 3 | *Attorneys for William T. Hampton and Lead Counsel for Class* |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | NOTICE OF APPEAL AND REPRESENTATION STATEMENT<br>Case No. 8:15-CV-00131-CJC-JCG<br>5 |

# **PROOF OF SERVICE**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, California 90067.

On November 30, 2015, I served the following document:

**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 302 REPRESENTATION STATEMENT**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2015, at Los Angeles, California.


                                          _____/s/ Jenna Radomile_____
                                              Jenna Radomile